**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JESSIE ADAMS,**

   **Plaintiff,**    **:**

           **Case No. 2:26-cv-96**
  **v.**          **Chief Judge Sarah D. Morrison**
           **Magistrate Judge Chelsey M.**
           **Vascura**

**SERGIO JIMENEZ,**
           **:**

   **Defendant.**

## <u>ORDER</u>

In January 2026, Jessie Adams, a California resident proceeding without the assistance of counsel, initiated this action and moved to file her case *in forma pauperis*. (ECF No. 1.) After mail containing the Magistrate Judge's Report and Recommendation regarding Ms. Adams' Complaint and Motion was returned as undeliverable (ECF No. 5), the Court ordered Ms. Adams to show cause as to why her case should not be dismissed for failure to prosecute and further directed Ms. Adams to provide her current mailing address. (ECF No. 6.) To date, Ms. Adams has not responded, nor has she provided the Court with an updated address.

A district court has inherent authority to dismiss a plaintiff's action for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b); *see also Walker v. Cognis Oleo Chem., LLC*, No. 1:07-cv-289, 2010 WL 717275, at *1 (S.D. Ohio Feb. 26, 2010) (Barrett, J.) ("By failing to keep the Court apprised of his current address, Plaintiff demonstrates a lack of prosecution of his action.").

2

Ms. Adams' case is **DISMISSED without prejudice** for lack of prosecution and failure to comply with a Court Order. The Report and Recommendation (ECF No. 4) is **DENIED as moot**. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket of the United States District Court for the Southern District of Ohio.

       **IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2